AO 91 (Rev. 08/09) Criminal Complaint

## UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| | |
|---|---|
| United States of America<br>v.<br>DEREK JAMES PETTY<br><br>*Defendant(s)* | ) ) ) ) ) ) )  Case No. 4:15 MJ 7075 SPM |

**FILED**

FEB 26 2015

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST LOUIS

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _2/26/2015_ in the county of _St. Louis_ in the _Eastern_ District of _Missouri_, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

_____
*Complainant's signature*
BRANDON DAY, SA, DEA
Brandon Day SA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/26/2015

_____
*Judge's signature*

City and state: St. Louis, Missouri

Honorable Shirley Padmore Mensah, U.S. Magistrate Judge
*Printed name and title*